### TOWN OF EAST ROME v. CITY OF ROME et al.

COBB, P. J. 1. A municipal corporation can be sued only in the corporate name set forth in the charter. *Town of Dexter* v. *Gay*, 115 *Ga.* 765 (42 S. E. 94); *Augusta Sou. Ry. Co.* v. *Tennille,* 119 *Ga.* 804 (47 S. E. 179).

2. When the General Assembly, by an act incorporating a town, declares that it shall be "known and called the Town of East Rome," and that the corporate name of said town shall be "The Mayor and Council of the Town of East Rome," by which name it may sue and be sued, such a town can sue and be sued only in the name last referred to; and a suit brought in the name of "The Town of East Rome" should be dismissed on demurrer. *Town of Dexter* v. *Gay,* supra; Acts 1882-3, p. 411.

3. A suit of the character above indicated, not being brought in the name of a natural person, a corporation, or a partnership, was a mere nullity; and there was nothing in the petition, in such a suit, to support an amendment of any character whatever. *Western & Atlantic R. Co.* v. *Dalton Marble Works,* 122 *Ga.* 774 (50 S. E. 978), and cases cited.

4. The petition was not amendable, as there was nothing to amend by, and the suit was a nullity; but the court should not have dismissed the same in vacation, before the return term; and the judgment will be reversed, with direction that the order of dismissal be entered in term. *Ivey* v. *Rome,* ante.

    *Judgment reversed, with direction. All the Justices concur.*

Argued June 22,—Decided August 14, 1907.

Petition for injunction. Before Judge Wright. Floyd superior court. December 31, 1906.

*Henry Walker,* for plaintiff.

*John W. & G. E. Maddox,* for defendants.